**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01418-CV

### ISAIAS GONZALEZ, Appellant

### V.

### NORTHFORK INVESTMENTS, LTD, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05764-D**

## ORDER

We **GRANT** appellant's March 25, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **APRIL 13, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE